MADELINE SCHWAB *v.* JEROME W. SCHWAB, JR.
(13350)

HEIMAN, SCHALLER and HENNESSY, Js.

Argued March 23—decision released May 2, 1995

*George F. Martelon, Jr.,* with whom, on the brief, was *Thomas B. Lynch,* for the appellant (plaintiff).

*Jeffrey D. Ginzberg,* with whom, on the brief, was *Arnold M. Potash,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.